UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

TAHOE REGIONAL PLANNING
AGENCY,

          Plaintiff

   v.

BRYAN DEVORE, DEVORE
CONSTRUCTION INC., DEVORE
EXCAVATION & SNOW REMOVAL,

          Defendants.

NO. CIV. S-04-1614 WBS KJM

O R D E R

----oo0oo----

        In his statement in opposition to plaintiff's motion for summary judgment, defendant Bryan Devore request that the hearing on the motion be continued for 90 days to allow him to consult with an attorney and secure legal representation.  Devore argues that such a continuance is necessary because plaintiff's "legal maneuvering and the volume of paperwork they have created [have made it] beyond [defendants'] ability to respond without council [sic]."  (Defs.' Separate Statement in Opp. To Mot. For Summary Judgment ¶ 2).  The court is reluctant to grant such a lengthy continuance at this point in the case.  However, the

1

1 court will consider the parties' arguments regarding a possible
2 continuance of lesser duration at oral argument on May 31, 2005
3 at 1:30 p.m. before it hears argument on the merits of
4 plaintiff's motion for summary judgment.
5 DATED: May 23, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE