UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| TAHOE REGIONAL PLANNING AGENCY, | |
| Plaintiff, | NO. CIV. S-04-1614 WBS/KJM |
| v. | O R D E R |
| BRYAN DEVORE, DEVORE CONSTRUCTION INC., DEVORE EXCAVATION & SNOW REMOVAL, | |
| Defendants. | |

----oo0oo----

On May 31, 2005, the court heard oral argument regarding defendant Bryan Devore's request that the court continue plaintiff's motion for summary judgment for 90 days to allow him to obtain counsel.

Jordan Kahn appeared on behalf of plaintiff Tahoe Regional Planning Agency.  Bryan Devore appeared on his own behalf.  After hearing argument from both parties, the court determined that Mr. Devore could reasonably be expected to obtain counsel within 30 days and that continuing plaintiff's motion for summary judgment for 30 days would not significantly prejudice

1

plaintiff.  Therefore, the court continued the hearing on plaintiff's motion for summary judgment to June 27, 2005 at 1:30 p.m.

At that time, the parties will appear before this court, and Mr. Devore will report on whether he has obtained counsel for this matter.  If Mr. Devore establishes that he has obtained counsel, the court will reschedule the hearing on plaintiff's motion for summary judgment.  However, if Mr. Devore has failed to obtain counsel, the court will take plaintiff's motion for summary judgment under submission.

IT IS SO ORDERED.

DATED: June 1, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE