JORDAN C. KAHN (Cal. Bar No. 197133)
TAHOE REGIONAL PLANNING AGENCY
P.O. Box 5310
Stateline, Nevada  89449
Telephone: (775) 588-4547
Facsimile:  (775) 588-4527

Attorneys for Plaintiff,
TAHOE REGIONAL PLANNING AGENCY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAHOE REGIONAL PLANNING AGENCY, ) | Case No.CIV.S-04-1614 WBS KJM |
| Plaintiff, ) | ORDER OF DISMISSAL |
| vs. ) | |
| BRIAN DEVORE, DEVORE CONSTRUCTION INC., DEVORE EXCAVATION & SNOW REMOVAL, ) | |
| Defendants. ) | |

On August 5, 2005, plaintiff Tahoe Regional Planning Agency ("TRPA") filed a Notice of Settlement informing the Court that it had resolved the above-captioned matter with all remaining defendants: Bryan Devore, Devore Construction, Inc., and Devore Excavation & Snow Removal (collectively "Devore").  In accordance with the Settlement Agreement (attached to the Notice of Settlement), TRPA hereby submits this [Proposed] Order of Dismissal.

/ / /

/ / /

1 DATED: August 15, 2005.

2                                         Respectfully submitted,

3

4                              By:        /s/ -- Jordan Kahn
                                      JORDAN C. KAHN
                                      TAHOE REGIONAL PLANNING AGENCY
5                                     P.O. Box 5310
                                      Stateline, Nevada  89449
6                                     Telephone:  (775) 588-4547
                                      Facsimile:   (775) 588-4527

7
                                      Attorneys for Plaintiff,
8                                     Tahoe Regional Planning Agency

9

10                                   **[PROPOSED ORDER]**

11    Good cause being shown, the above-captioned matter is hereby dismissed.  IT IS SO

ORDERED.

12
Date: August 15, 2005

13

14                                      _____
                                        WILLIAM B. SHUBB
                                        UNITED STATES DISTRICT JUDGE
15

16

17

18

19

20

21

22

23

24

[Proposed] Order of Dismissal

2

RE: <u>TRPA V. BRYAN DEVORE, DEVORE CONSTRUCTION INC., and DEVORE EXCAVATION & SNOW REMOVAL</u>

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA
CASE NO. CIV.S-04-1614 WBS KJM

<u>CERTIFICATE OF SERVICE</u>

Pursuant to FRCP 5(b), I certify that I am over 18 years of age and am not a party to the above-entitled action. I am an employee of the Tahoe Regional Planning Agency, and my business address is P.O. Box 5310, Stateline, Nevada 89449. On the 15th day of August, 2005, I caused to be sent U.S. mail a true and correct copy of [PROPOSED] ORDER OF DISMISSAL addressed to the following parties:

Bryan Devore
DeVore Construction
Dba: Sticks & Stones
P.O. Box 5582
Tahoe City, CA 96145-5582

George Forman, Esq.
Forman & Prochaska
4340 Redwood Highway, Suite F228
San Rafael, CA  94903

I declare under penalty of perjury that the foregoing is true and correct. Executed at Stateline, Nevada, on August 15, 2005.

                         /s/ -- Judy Nikkel
                         Judy Nikkel
                         Tahoe Regional Planning Agency